

FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Carl Robinson,<br>    Defendant. | Case No.: CR 88-00062-MMM<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **C.D. of Cal.** for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __date of issuance of warrant (2005) + factors__

1 | set forth in Pretrial Services Report.
2 |
3 |
4 | and/or
5 | B.  ( )  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _____
10 |
11 |
12 |
13 |
14 |    IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 5/31/12
18 |
19 |                                    _____
20 |                                    ~~CARLA M. WOEHRLE~~
21 |                                    UNITES STATES MAGISTRATE JUDGE